| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | |
|---|---|
| JOE A. COOK, § | |
| § | |
| Plaintiff, § | |
| § | |
| versus § | CIVIL ACTION NO. 1:11-CV-203 |
| § | |
| OFFICE OF THE INSPECTOR GENERAL, § | |
| § | |
| Defendant. § | |

## MEMORANDUM ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Joe A. Cook filed the above-styled civil rights lawsuit. The matter was referred to the Honorable Earl S. Hines, United States Magistrate Judge, pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending this lawsuit be dismissed as improvidently filed.

The court has received the Report and Recommendation of United States Magistrate Judge. No objections were filed to the magistrate judge's Report and Recommendation.

### ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report is **ADOPTED**. A final judgment will be entered dismissing this lawsuit.

SIGNED at Beaumont, Texas, this 25th day of July, 2011.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE